**DICELLO LEVITT LLP**
Diandra Debrosse Zimmermann
(AL 0002956-N76D)
505 20th North Street, 15th Floor
Birmingham, Alabama 35203
Tel.: 205-855-5700
fu@dicellolevitt.com

*Counsel for Plaintiff Montgomery County, Maryland*

[Additional Counsel on Signature Page.]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTGOMERY COUNTY, MARYLAND | )  Case No.: 4:23-cv-03572-YGR |
| Plaintiff, | ) |
| v. | ) |
| | )  **FILING OF EXECUTED WAIVER OF** |
| META PLATFORMS, INC., et al. | )  **SERVICE- TITLE PAGE** |
| Defendants. | ) |

Now comes counsel and files the following executed waiver of service in this case attached hereto as Exhibit 1 to this title page.

 Dated: August 21, 2023

s/ *Diandra Debrosse Zimmermann*

Diandra Debrosse Zimmermann
(AL 0002956-N76D)
**DICELLO LEVITT LLP**
505 20th North Street, 15th
Floor Birmingham, Alabama
35203 Tel.: 205-855-5700
fu@dicellolevitt.com

- 1 -

**DICELLO LEVITT LLP**
Amy Keller (Fed. Bar. No. 0020816)
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel.: 312-214-7900
akeller@dicellolevitt.com

**DICELLO LEVITT LLP**
Roxana Pierce (DC 0485282)
4747 Executive Drive, Second Floor
San Diego, California 92121
Tel.:  619-923-3939
rpierce@dicellolevitt.com

**DICELLO LEVITT LLP**
Mark Abramowitz (OH 0088145)
Nicholas M. Horattas (OH 0102534)
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060
Tel.: 440-953-8888
mabramowitz@dicellolevitt.com
nhorattas@dicellolevitt.com

**MONTGOMERY COUNTY, MARYLAND**
John P. Markovs (Fed. Bar No. 07599)
Megan B. Greene (Fed. Bar No. 0029832)
101 Monroe Street, Third Floor
Rockville, MD 20850
Tel.: 240-777-6700
john.markovs@montgomerycountymd.gov
megan.greene@montgomerycountymd.gov

*Counsel for Plaintiff Montgomery County, Maryland*

EXECUTED WAIVER OF SERVICE – No. 4:23-cv-03572-YGR